
# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Steven M. NOTT<br>DOB: 12/15/1978 | ) ) ) ) ) )  Case No. 2:19 mj 024 |

*FILED*
RICHARD W. NAGEL
CLERK OF COURT
2019 JAN 16 PM 2:11
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Southern_____ District of _____Ohio_____ *(identify the person or describe property to be searched and give its location)*:

Steven M. NOTT, Male/White, 6'0", 180 lbs, DOB: 12-15-1978, SSN: 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, with listed address of 2434 Maureen Blvd S, Obetz, OH 43207.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Saliva and/or oral skin cells obtained by means of an oral swab (DNA).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § ___924(c)___, and the application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature* # 4800

Jason R. Burns, ATF, Special Agent
*Printed name and title*

Sworn to me and signed in my presence.

Date: Jan. 16, 2019

City and state: Columbus, Ohio

Kimberly A. Jolson, U.S. Magistrate Judge
*Printed Name and title*

*PROBABLE CAUSE AFFIDAVIT*
Steven Michael NOTT - DNA

I, **Jason R. Burns**, being duly sworn, depose and state that:

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since September of 2005. As a result of my training and experience as an ATF Special Agent (S/A), I am familiar with Federal criminal laws pertaining to firearms and narcotics violations.

1. In July 2018, S/A Burns initiated an investigation into a Drug Trafficking Organization (DTO) operating on the west side and south side of Columbus, OH, utilizing several residences to distribute narcotics known as "Trap Houses." S/A Burns has identified several narcotics distributers for the DTO, including Steven M. NOTT. During the course of the investigation, S/A Burns identified several Trap Houses used by the DTO to distribute Heroin and Crack Cocaine, including 258 Clarendon Ave., Columbus, OH 43223. During the course of the investigation, S/A Burns learned that the DTO has firearms present at these locations.

2. A criminal history check on Steven M. NOTT (FBI #: 349273JB6) revealed that NOTT has a criminal record which includes narcotic related offenses.

3. On or about December 28, 2018, ATF Agents and TFO's conducted a Federal search warrant at 258 Clarendon Ave., Columbus, Ohio, 43223. Multiple individuals were secured inside the residence, including Steven M. NOTT.

4. During the course of the search warrant, Agents and TFO's recovered the following items:

    - A loaded Taurus, 9 mm Pistol, SN: TKO91567 in the 1st Floor West Room (on mattress);
    - A loaded HiPoint, 9 mm Rifle, SN: F97531 in the 1st Floor N/E Room (on table);
    - A loaded Smith & Wesson, .357 Revolver, SN: ABJ5498 in the 1st Floor N/E Room;
    - An extra Taurus, 9 mm Magazine, loaded with 11 rounds of ammunition;
    - Approx. 44 rounds of ammunition in the 1st Floor N/E Room;
    - Approx. 9 grams total of suspected Heroin (Black-tar) on the Kitchen table;
    - Approx. 4 grams total of suspected Crack inside black pouch on Kitchen table;
    - Approx. 1 gram total of suspected Heroin in the 2nd Floor N/E Bedroom (BAISDEN);
    - U.S. Currency in the amount of $2,210.00 inside black pouch on Kitchen table;
    - U.S. Currency in the amount of $2,438.00 in the 2nd Floor Closet (NOTT's wallet);
    - U.S. Currency in the amount of $2,040.00 in the 2nd Floor Storage Room (N/W room);
    - Document – Vehicle Title, 2009 Nissan Maxima in 2nd Floor S/E Bedroom;
    - Two (2) LG Flip Phones recovered on the Kitchen table; and
    - One (1) LG Flip Phone recovered in the 1st Floor West Room.

    S/A's Petit and Ginley recovered the suspected 9.3 grams on the Kitchen table, where multiple digital scales were present. Agents also recovered a black pouch that contained a combination lock on the Kitchen table, where the Crack and U.S Currency ($2,110.00) were

recovered. S/A Klontz recovered the Smith & Wesson Revolver and the HiPoint Rifle in the 1st Floor Northeast (N/E) room, which was adjacent to the Kitchen. S/A Messner and TFO McAllister recovered the Taurus pistol in the 1st Floor West room, on a mattress. S/A Messner recovered a wallet belonging to Steven NOTT in an upstairs hallway closet, which contained $2,438.00 in U.S. Currency. S/A Burns recovered $2,040.00 in the upstairs storage room (Northwest Room).

5. On or about January 10, 2019, S/A Burns reviewed the descriptions of the Taurus Pistol, SN: TKO91567; and the Smith & Wesson Revolver, SN: ABJ5498, and determined that these firearms were not manufactured in the State of Ohio. These firearms would have traveled in interstate/foreign commerce to arrive in the State of Ohio.

6. Based on the above information, your affiant believes that probable cause exits that on the person of Steven M. NOTT, DOB: 12/15/1978, is saliva, topical, and/or oral skin cells (DNA), which is evidence of a violation of Title 18 U.S.C. Section 924(c) – Possession of a firearm in furtherance of a drug trafficking crime.

_____  #4800
Jason R. Burns
Special Agent

Sworn to and subscribed before me this \_\_\_\_\_ day of January 2019 in Columbus, Ohio.

_____
Kimberly A. Jolson
U.S. MAGISTRATE JUDGE